Case 4:08-cr-00509-SBA   Document 41   Filed 05/18/09   Page 1 of 3

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant MOSES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00509 SBA |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS OR** |
| | ) | **CHANGE OF PLEA DATE AND** |
| | ) | **EXCLUSION OF TIME** |
| EUGENE MOSES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status or change of plea date in this case, currently scheduled for Tuesday, May 19, 2009, at 10:00 a.m., may be continued to Tuesday, June 2, 2009, at 10:00 a.m. for change of plea. The reason for the request is that defense counsel is unavailable on May 19, 2009. In addition, counsel needs time to complete its investigation and review all information, including the plea agreement, with Mr. Moses. A continuance would allow counsel to complete its investigation, review all materials with Mr. Moses, and be present for the change of plea.

*U S v. Eugene Moses*, CR 08-00509 SBA
Stip. Continuing Court Date                - 1 -

1  The parties stipulate that the time from May 19, 2009, to June 2, 2009, should be excluded in
2  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for
3  adequate preparation of counsel to allow counsel to complete its investigation and review the
4  
5  information, including the plea agreement with Mr. Moses prior to the change of plea.
6  
7  DATED: May 14, 2009                              /s/
                                                    JOYCE LEAVITT
8                                                   Assistant Federal Public Defender
9  
10 DATED: May 14, 2009                              /s/
                                                    CHRISTINE WONG
11                                                  Assistant United States Attorney
12 
13    I hereby attest that I have on file all holographed signatures for any signatures indicated by a
   conformed signature "/s/" within this e-filed document.
14 
15 
16 
17 
18 
19 
20 
21 
22 
23 
24 
25 
26 

*U S v. Eugene Moses*, CR 08-00509 SBA
Stip. Continuing Court Date                         - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or change of plea date in this case, currently scheduled for Tuesday, May 19, 2009, at 9:00 a.m., is hereby continued to Tuesday, June 2, 2009, at 11:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from May 19, 2009, to June 2, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to complete its investigation and review the materials, including the plea agreement. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 5/18/09

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

*U S v. Eugene Moses*, CR 08-00509 SBA
Stip. Continuing Court Date                - 3 -